UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>Meza-Martinez )<br>)<br>)<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 08 MJ 2046<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States ~~District~~/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Margarito Sanchez-Mercado

DATED: 7/25/08

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____                                        OR
                DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _____
         Deputy Clerk

CLERK'S OFFICE COPY        ☆ U.S. GPO: 2003-581-774/70062
mc500 Crim-25 rev. 8-95