# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | CRIMINAL NO. ___08 MJ 2046___ |
| Plaintiff         ) | |
| ) | ORDER |
| vs.       ) | RELEASING MATERIAL WITNESS |
| ) | |
| Meza-Martinez   ) | Booking No. |
| Defendant(s)   ) | |

On order of the United States ~~District/~~Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

Calvador Castellanos-Veliz

DATED: ___7/25/08___

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

RECEIVED _____
          DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____
          Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082